UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald L. Franklin
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

16 CV 5549

COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

-against-

New York City

Bill De Blasio

N.Y.C.D.O.C.

Joseph Ponte

Maxsolaine Mingo

Jury Trial: ☒ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Ronald L. Franklin
            ID #  349-15-07692
            Current Institution  A.M.K.C.
            Address  18-18 Hazen St.
                     East Elmhurst, N.Y. 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name  New York City                      Shield #_____
                 Where Currently Employed _____
                 Address _____

*Rev. 05/2010*                                1

Defendant No. 2   Name N.Y.C.D.O.C.   Shield #_____
Where Currently Employed _____
Address _____

Defendant No. 3   Name Bill DeBlasio - Mayor   Shield #_____
Where Currently Employed New York City
Address _____

Defendant No. 4   Name Joseph Ponte - Commissioner   Shield #_____
Where Currently Employed The Bulova Building
Address 75-20 Astoria Blvd.
East Elmhurst, N.Y. 11370

Defendant No. 5   Name Maxsolaine Mingo - Warden   Shield #_____
Where Currently Employed A.M.K.C.
Address 18.18 Hazen St.
East Elmhurst, N.Y. 11370

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
M.D.C., B.K.D.C., O.B.C.C., A.M.K.C., G.R.V.C., V.C.B.C., R.N.D.C., E.M.T.C., & G.M.D.C.

B. Where in the institution did the events giving rise to your claim(s) occur?
The units I was housed in, at my cell, or bunk area.

C. What date and approximate time did the events giving rise to your claim(s) occur?
Various intermitten periodes from March 13, 2003 until present date (June 8, 2016.)

D.   Facts: The N.Y.C. D.O.C. issues Bob Barker mattresses for the prisoners to sleep on. We are forced to use these mattresses on a foundation, when the manufacturer's label clearly says "This mattress is intended for use without a foundation." The frames used as a foundation are only 5 feet 10 inches long. I am 6 foot 3 inches tall. These mattresses that I am forced to use improperly have resulted in me suffering Degenerative Bone Loss in my spine and excruciating back pain. The bed frames have caused me loss of sensation and neuropathy to my lower ankles and feet.

The N.Y.C. D.O.C. has been made aware of the dangers of using these mattresses in such a manner, and that the bed frames are not long enough, yet have done nothing to correct these problems. This is deliberate indifference in violation of the 8th Ammendment to the United States Constitution.

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Degenerative Bone Loss to my spine; neuropathy in my ankles and feet; excruciating back pain.

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes  X   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). M.D.C., B.K.D.C., O.B.C.C., Br.R.V.C., A.M.K.C., G.M.T.C., G.M.D.C., V.C.B.C.

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _X_   No ___   Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___   No _X_   Do Not Know ___

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _X_   No ___

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___   No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? A.M.K.C.

1. Which claim(s) in this complaint did you grieve? All of them.

2. What was the result, if any? I submitted the enclosed grievance June 1st, 2016 by June 28, 2016 there was no response

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. None, because Grievance never acknowledged nor responded to my complaint by June 28, 2016.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

_____

_____

_____

_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

The damage to my spine is irrepairable and I will require continuing medical care for the rest of my life.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

$ 2,000,000.00 for pain and suffering.
$ 5,000,000.00 for future medical supplies/expenses.
$ 25,000,000.00 punitive damages for deliberate indifference.
Replace the mattresses with a more suitable product, and replace the bed frames with bed frames of appropriate length.

VI. Previous lawsuits:

<div style="border:1px solid; display:inline-block; padding:2px;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _X_ No ___

*Rev. 05/2010*                                  5

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  Ronald L. Franklin

Defendants  New York City et. al.

2. Court (if federal court, name the district; if state court, name the county)  Southern District Court in Manhattan

3. Docket or Index number  I do not recall

4. Name of Judge assigned to your case  I do not recall

5. Approximate date of filing lawsuit  May 1, 2012

6. Is the case still pending?  Yes ___  No  X
   If NO, give the approximate date of disposition  February 2013

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  Dismissal for failure to state a Constitutional right violation. No I did not appeal.

**On other claims**

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ___  No  X

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

2. Court (if federal court, name the district; if state court, name the county)  _____

3. Docket or Index number  _____

4. Name of Judge assigned to your case  _____

5. Approximate date of filing lawsuit  _____

6. Is the case still pending?  Yes ___  No ___
   If NO, give the approximate date of disposition  _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?)  _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28th day of June, 2016

Signature of Plaintiff: Ronald C. Franklin

Inmate Number: 349.15.07892

Institution Address: A.M.K.C. (9 Mod-B)
18.18 Hazen St,
East Elmhurst, N.Y.
11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 28th day of June, 2016 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Ronald C. Franklin

# WARNING

Improper cleaning and/or disinfection will shorten the life of this product.

## Cleaning/Disinfection Instructions

Soils and stains: use soft sponge with neutral suds and warm water.
Hard to clean spots: use standard liquid household vinyl cleaners and soft sponge. Pre-soak if needed.

## Do Not Use
### Harsh Cleaners or Solvents.

Disinfection: dilute disinfectants and/or germicides as specified on manufacturer's product label.

## Use Disinfectants Only
### In Those Dilutions Recommended By the Manufacturer.

Bob Barker Company, Inc. Fuquay-Varina, NC 27526

---

**UNDER PENALTY OF LAW THIS TAG NOT TO BE REMOVED EXCEPT BY THE CONSUMER**

**ALL NEW MATERIAL**
Consisting of
**100% THERMALLY BONDED FIRE RESISTANT POLYESTER STAPLE**

REG. NO. NC-769

Certification is made by the manufacturer that the materials in this article are described in accordance with law.

**MADE BY**
**BOB BARKER CO. INC**
7925B PURFOY ROAD
FUQUAY-VARINA, NC 27526

Patent #6,807,694
**MADE IN USA**

---

Manufactured by:
Bob Barker Co., Inc.
7925 Purfoy Road
Fuquay-Varina, NC 27526

Date of Manufacture:



JN307544GDBL

Prototype ID: PJM25754-1

This mattress meets the requirements of 16 CFR 1633 (federal flammability (open flame) standard for mattress sets) when used without a foundation.

```
THIS MATTRESS
IS INTENDED TO BE USED
WITHOUT A FOUNDATION
```

Sender: Milton Carlos
Receiver: Tracy Jackson
103 269 1472
150

Form: # 7101R, Eff.: 09/10/12, Ref.: Dir. #3376 - page 1 

City of New York - Department of Correction

# INMATE GRIEVANCE AND REQUEST PROGRAM STATEMENT FORM

| Inmate's Name: | Book & Case #: | NYSID # (optional): |
|---|---|---|
| Ronald Franklin | 349-15-01892 | 02298557 N |

| Facility: | Housing Area: | Date of Incident: | Date Submitted: |
|---|---|---|---|
| A.M.K.C. | 9 Mod-B | 6/1/16 | 6/1/16 |

All grievances and requests must be submitted within ten business days after the incident occurred, unless the condition or issue is on-going. The inmate filing the grievance or request must personally prepare this statement. Upon collection by Inmate Grievance and Request Program (IGRP) staff, IGRP staff will time-stamp and issue it a grievance/request reference number. IGRP staff shall provide the inmate with a copy of this form as a record of receipt within two business days of receiving it.

**Request or Grievance:**
From March 10, 2003 until September 10, 2003; then 10/5/03 until 4/10/04; then 12/8/05 until 4/1/06; then 9/10/07 until 4/15/08; then 4/14/11 until 5/1/11; then 8/2/11 until 9/15/11; then 12/8/11 until 7/2/12; then 8/16/12 until 9/26/12; then 9/30/12 until 10/10/12; then 5/8/13 until 6/1/13; then 4/4/15 until 5/18/15; then 7/7/15 until present day I've been forced use a mattress on a foundation that was labeled to be used without one. (resulting in reoccurring back pain.

**Action Requested by Inmate:**
Replace these mattresses with a more suitable product and pay me for my pain and suffering.

Please read below and check the correct box:

Do you agree to have your statement edited for clarification by IGRP staff?  ☐ Yes  ☒ No
Do you need the IGRP staff to write the grievance or request for you?  ☐ Yes  ☒ No
Have you filed this grievance or request with a court or other agency?  ☐ Yes  ☒ No
Did you require the assistance of an interpreter?  ☐ Yes  ☒ No

Inmate's Signature: Ronald C. Franklin     Date of Signature: 6/1/16

### For DOC Office Use Only
IGRP RETAINS THE DOUBLE-SIDED ORIGINAL FOR ADMINISTRATIVE RECORDS.
IGRP MUST PROVIDE A COPY OF THIS FORM TO THE INMATE AS A RECORD OF RECEIPT.

| Time Stamp Below: | Grievance and Request Reference #: | Category: |
|---|---|---|
|  |  |  |
|  | Inmate Grievance and Request Program Staff's Signature: | |

**NYSID No:** 02298557N    **B&C No:** 3491507692

**FRANKLIN, RONALD**
988 MYRTLE AVE, C125, BKLYN, NY 10030

**Primary Insurance:** Medicaid
**PCP:**

**DOB:** 07/22/1974    **Age:** 41 Y    **Sex:** male

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies:** pollen - rash

**Medical History**

**Active Problem List**

| Code | Name | Specify | Notes | Added On | Modified On | Modified By |
|---|---|---|---|---|---|---|
| RI50 | SMI - NO | | | | 11/19/2015 | Richard, Marie |
| 301.7 | Antisocial personality disorder | | | | 11/19/2015 | Richard, Marie |
| 309.28 | Adjustment disorder with mixed emotional features | | | | 11/19/2015 | Richard, Marie |
| 401.9 | HTN | | | | 11/19/2015 | Richard, Marie |
| 493.90 | ASTHMA NOS | | | | 11/19/2015 | Richard, Marie |
| 571.40 | Chronic hepatitis NOS | | | | 10/12/2015 | Ricketts, Martin |
| 553.8 | HERNIA NEC | | | | 03/06/2012 | Jones, Vanessa |
| 519.11 | Bronchospasm, acute | | | | 04/24/2011 | Kerrison, David |
| 070.30 | Viral hepatitis B, w/o mention of coma, w/o mention of hepatitis delta | | | | 11/19/2015 | Richard, Marie |
| 992.9 | HEAT EFFECT NOS | | | | 08/23/2011 | Provilon, Pierre |
| 278.00 | OBESITY NOS | | | | 10/18/2015 | Johnson, Allison |
| V02.61 | HEPATITIS B CARRIER | | | | 10/18/2015 | Johnson, Allison |
| 682.9 | CELLULITIS NOS | | | | 07/09/2015 | Mccready, Joseph |
| 794.31 | ABNORM ELECTROCARDIOGRAM | | | | 03/15/2012 | Graham-Battle, Constance |
| E958.9 | INJURY-NOS | | | Pt claimed his Rt wrist was caught in the gate 9.30pm last night. Pt c/o pain. No swelling/erythema or abrasion. Rt wrist tender on palpation. Pt refused to perform ROM due | 04/11/2012 | Okorozo, Samuel |

**NYSID No:** 02298557N   **B&C No:** 3491507692

**FRANKLIN, RONALD**
988 MYRTLE AVE, C125, BKLYN, NY 10030

**Primary Insurance:** Medicaid
**PCP:**

**DOB:** 07/22/1974   **Age:** 41 Y   **Sex:** male

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies:** pollen - rash

| Code | Diagnosis | Notes | Notes 2 | Date 1 | Date 2 | Provider |
|---|---|---|---|---|---|---|
| | | | to pain he claims | | | |
| 272.4 | Hyperlipidemia NOS | | | | 11/19/2015 | Richard, Marie |
| 724.5 | Back pain | | | | 04/09/2015 | Hill, Cynthia |
| 304.90 | Polysubstance dependence | | | 09/04/2015 | 11/19/2015 | Richard, Marie |
| 757.5 | NAIL ANOMALIES NEC | hypertrophic, dystrophic, nails 1-5 B/L | | | 06/04/2012 | Goldberg, Allan |
| 701.1 | Hyperkeratosis | | | | 06/11/2012 | Goldberg, Allan |
| 110.9 | Tinea | plantar tinea B/L | | | 06/11/2012 | Goldberg, Allan |
| 734 | Flat foot | | | | 02/08/2012 | Goldberg, Allan |
| 733.6 | Costochondritis | | | | 03/15/2012 | Graham-Battle, Constance |
| 848.9 | SPRAIN NOS | | | | 03/29/2012 | Hasan, Azmat |
| 752.69 | PENILE ANOMALIES NEC | | Pt denies any discharge or pain. RTC prn, Labs normal | | 02/27/2012 | Okorozo, Samuel |
| V70.0 | Routine general medical examination at health care facility | | | | 02/29/2012 | Mohammad, Habib |
| 571.40 | Chronic hepatitis, unspecified | | | | 02/29/2012 | Bryant, Marshall |
| 279.3 | IMMUNITY DEFICIENCY NOS | | | | 03/15/2012 | Graham-Battle, Constance |
| 525.9 | Toothache | | | | 10/30/2015 | Dickie, Carolyn |
| 706.8 | Xerosis cutis | dorsal xerosis B/L | | | 06/11/2012 | Goldberg, Allan |
| 729.2 | Neuralgia NOS | (properly) suspected peripheral neuropathy | | | 06/04/2012 | Goldberg, Allan |
| 272.4 | Hyperlipemia | BORDERLINE LDL | | | 04/04/2012 | Walker, Curt |
| 790.29 | Abnormal blood glucose not elsewhere classified | MINIMAL INCREASE IN HGBA1C, NORMAL GLUCOSE | | | 04/04/2012 | Walker, Curt |

**NYSID No:** 02298557N    **B&C No:** 3491507692
**FRANKLIN, RONALD**
988 MYRTLE AVE, C125, BKLYN, NY 10030
**DOB:** 07/22/1974    **Age:** 41 Y    **Sex:** male
**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Primary Insurance:** Medicaid
**PCP:**

**Allergies:** pollen - rash

| Code | Description | Detail | Note | Date1 | Date2 | Provider |
|---|---|---|---|---|---|---|
| 734 | Flat foot | pes planus B/L | | | 04/09/2012 | Goldberg, Allan |
| 861.01 | Contusion | | | | 04/11/2012 | Flores, Frank |
| 959.9 | Injury, other and unspecified, unspecified site | left foot | | | 04/14/2012 | Minn (Inactive), Myoe |
| 790.6 | Hyperglycemia | | Pt's urine negative for ketone. Pt was given 12units of regular insulin and told to drink a lot of water. Repeat glucose 139mg/dl after two hours | | 04/28/2012 | Okorozo, Samuel |
| 690.10 | Unspecified seborrheic dermatitis | | | | 04/24/2012 | Vives (inactive), Adriana |
| 724.2 | LBP [Low back pain] | | | | 04/24/2012 | Goldsberry, Pheobe |
| 729.5 | Pain in limb | Lt Shoulder Pain | | 05/30/2012 | 07/13/2014 | Walker, Allen |
| 704.8 | Folliculitis | | Pt completed antibiotic therapy. RTC prn | | 06/12/2012 | Okorozo, Samuel |
| 924.3 | Contusion of toe | | | | 06/07/2012 | Gravesande, Terry |
| V85.38 | BMI 38.0-38.9,ADULT | | | | 08/29/2012 | McGahee, Wendy |
| V70.0 | ROUTINE MEDICAL EXAM | | | | 07/09/2015 | Mccready, Joseph |
| V65.3 | DIETARY SURVEIL/COUNSEL | | | | 07/09/2015 | Mccready, Joseph |
| 680.8 | Furuncle of head, except face | | | | 09/04/2012 | Gornish, Ira |
| V81.2 | Screening for other and unspecified cardiovascular conditions | | | | 07/09/2015 | Mccready, Joseph |
| 719.41 | Pain in joint, shoulder region | | | | 09/11/2012 | Akhtar (Inactive), Mohammad |
| 690.18 | Dandruff | | | | 09/13/2012 | Walker, Allen |
| 523.10 | Chronic gingivitis, plaque induced | | | | 09/13/2012 | McEachrane, Sandra |
| | | VS. | | | | Mateo, |

**NYSID No:** 02298557N  **B&C No:** 3491507692

**FRANKLIN, RONALD**
988 MYRTLE AVE, C125, BKLYN, NY 10030

**Primary Insurance:** Medicaid
**PCP:**

**DOB:** 07/22/1974  **Age:** 41 Y  **Sex:** male

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies:** pollen - rash

| Code | Diagnosis | Note | Date 1 | Date 2 | Provider |
|---|---|---|---|---|---|
| 786.50 | CHEST PAIN NOS | Manipulative Gesture | 09/20/2012 | 09/20/2012 | Eugenio |
| 278.00 | Obesity, unspecified | | | 05/16/2013 | Bankole (Inactive), Olusegun |
| 726.73 | Calcaneal spur | | | 09/26/2012 | Peguero, Francisco |
| 110.1 | Onychomycosis | | | 10/03/2012 | Flores-Clemente, Bessie |
| 728.71 | PLANTAR FIBROMATOSIS | | | 10/01/2012 | Estrada, Yaneth |
| 786.2 | Cough | | | 05/21/2013 | Flores-Clemente, Bessie |
| 705.83 | Hidradenitis | | | 05/21/2013 | Flores-Clemente, Bessie |
| V72.2 | Dental examination | | | 05/22/2013 | McEachrane, Sandra |
| V85.33 | BMI 33.0-33.9,ADULT | | | 07/13/2014 | Walker, Allen |
| 110.4 | Tinea pedis | | | 07/13/2014 | Walker, Allen |
| 700 | Callus | | 03/18/2015 | 04/09/2015 | Barnes, Landis |
| 110.1 | Tinea unguium | | 03/18/2015 | 03/18/2015 | Flores-Clemente, Bessie |
| 070.32 | Chronic viral hepatitis B without mention of hepatic coma | | 04/15/2015 | 04/15/2015 | McGahee, Wendy |
| V62.6 | REFUSAL OF TREATMENT | Optometry. | 04/23/2015 | 11/18/2015 | Burmeister, Robert |
| 791.0 | Proteinuria | | 05/06/2015 | 05/06/2015 | McGahee, Wendy |
| 997.91 | Hypertension | | 07/10/2015 | 07/10/2015 | Mccready, Joseph |
| 553.9 | HERNIA NOS | | 09/03/2015 | 09/03/2015 | Pedestru, Cristian |
| 302.50 | TRANS-SEXUALISM NOS | | 09/28/2015 | 11/24/2015 | Blackmore, Larry |
| 521.00 | Unspecified dental caries | | 10/12/2015 | 10/12/2015 | Barnes, Landis |
| 272.4 | Hyperlipidemia | | 10/12/2015 | 10/12/2015 | Ricketts, Martin |
| 301.7 | Antisocial personality disorder | | 10/12/2015 | 10/12/2015 | Ricketts, |

**NYSID No:** 02298557N  **B&C No:** 3491507692

**FRANKLIN, RONALD**
988 MYRTLE AVE, C125, BKLYN, NY 10030

**Primary Insurance:** Medicaid
**PCP:**

**DOB:** 07/22/1974  **Age:** 41 Y  **Sex:** male

Home:
Work:
Cell:
Email:
Advance Directive:

**Allergies :** pollen - rash

| Code | Diagnosis | Note | Onset | Date | Provider |
|---|---|---|---|---|---|
| 786.50 | CHEST PAIN NOS | Manipulative Gesture | 09/20/2012 | 09/20/2012 | Eugenio |
| 278.00 | Obesity, unspecified | | | 05/16/2013 | Bankole (Inactive), Olusegun |
| 726.73 | Calcaneal spur | | | 09/26/2012 | Peguero, Francisco |
| 110.1 | Onychomycosis | | | 10/03/2012 | Flores-Clemente, Bessie |
| 728.71 | PLANTAR FIBROMATOSIS | | | 10/01/2012 | Estrada, Yaneth |
| 786.2 | Cough | | | 05/21/2013 | Flores-Clemente, Bessie |
| 705.83 | Hidradenitis | | | 05/21/2013 | Flores-Clemente, Bessie |
| V72.2 | Dental examination | | | 05/22/2013 | McEachrane, Sandra |
| V85.33 | BMI 33.0-33.9, ADULT | | | 07/13/2014 | Walker, Allen |
| 110.4 | Tinea pedis | | | 07/13/2014 | Walker, Allen |
| 700 | Callus | | 03/18/2015 | 04/09/2015 | Barnes, Landis |
| 110.1 | Tinea unguium | | 03/18/2015 | 03/18/2015 | Flores-Clemente, Bessie |
| 070.32 | Chronic viral hepatitis B without mention of hepatic coma | | 04/15/2015 | 04/15/2015 | McGahee, Wendy |
| V62.6 | REFUSAL OF TREATMENT | Optometry. | 04/23/2015 | 11/18/2015 | Burmeister, Robert |
| 791.0 | Proteinuria | | 05/06/2015 | 05/06/2015 | McGahee, Wendy |
| 997.91 | Hypertension | | 07/10/2015 | 07/10/2015 | Mccready, Joseph |
| 553.9 | HERNIA NOS | | 09/03/2015 | 09/03/2015 | Pedestru, Cristian |
| 302.50 | TRANS-SEXUALISM NOS | | 09/28/2015 | 11/24/2015 | Blackmore, Larry |
| 521.00 | Unspecified dental caries | | 10/12/2015 | 10/12/2015 | Barnes, Landis |
| 272.4 | Hyperlipidemia | | 10/12/2015 | 10/12/2015 | Ricketts, Martin |
| 301.7 | Antisocial personality disorder | | 10/12/2015 | 10/12/2015 | Ricketts, |

**NYSID No:** 02298557N   **B&C No:**
3491507692

**FRANKLIN, RONALD**
988 MYRTLE AVE, C125, BKLYN, NY 10030          **Primary Insurance:**   Medicaid
                                                **PCP:**
**DOB:** 07/22/1974   **Age:** 41 Y   **Sex:** male

**Home:**
**Work:**
**Cell:**
**Email:**
**Advance Directive:**

**Allergies :**   pollen - rash

| | | | | |
|---|---|---|---|---|
| 042 | Human immunodeficiency virus [HIV] disease | 10/13/2015 | 10/18/2015 | Martin Johnson, Allison |
| 799.9 | Diagnosis deferred | 10/18/2015 | 10/18/2015 | Johnson, Allison |
| 367.9 | Refractive error | 10/30/2015 | 10/30/2015 | Dickie, Carolyn |
| RI300 | Dental Class I Extractions Indicated | 11/05/2015 | 11/05/2015 | Benn, Renrick |

**Medications**

**Name strength formulation, Sig: take route frequency**

Spironolactone 25 MG Tablet, Sig: 1 tablet Orally Twice a day Start Date: 11/23/2015

Hydrochlorothiazide 25 MG Tablet, Sig: 1 tablet Orally Once a day Start Date: 10/05/2015

Enalapril Maleate 10 mg Tablet, Sig: 1 tablet Orally Once a day Start Date: 10/05/2015

Entecavir 1 MG Tablet, Sig: 1 mg Orally Once a day Start Date: 09/09/2015

Truvada 200-300 MG Tablet, Sig: 1 tablet Orally Once a day Start Date: 11/30/2015

Ron Franklin 349 1507692
AMKC
18-18 Hazen St.
East Elmhurst, N.Y. 11370

Pro Se Intake
Federal Court
500 Pearl St.
New York, N.Y.